No. 99–572. NEILSON ET AL. *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 99–595. ELECTIONS BOARD OF WISCONSIN *v.* WISCONSIN MANUFACTURERS & COMMERCE ET AL. Sup. Ct. Wis. Certiorari denied.

No. 99–5035. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5067. MAYABB *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5077. TURNER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 99–5116. HODGE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99–5373. CHAMBERS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 99–5435. WINTERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5517. VANN *v.* SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–5520. TANNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5526. MAGUNA-CELAYA *v.* HARO, CHIEF WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5539. KOZIOL ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5557. BROWN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 99–5639. GWYNN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.